2017R00907/LG

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 20- |
| TALIB BEEKS | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

### COUNT ONE
*(Conspiracy to Distribute Cocaine)*

On or about May 7, 2019, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

### TALIB BEEKS,

did knowingly and intentionally conspire and agree with others to distribute and possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
*(Possession with Intent to Distribute Cocaine)*

On or about May 7, 2019, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

### TALIB BEEKS,

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## FORFEITURE ALLEGATION

As a result of committing the controlled substance offenses in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846, as charged in Counts One and Two of this Information, the defendant,

### TALIB BEEKS,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in Counts One and Two of this Information.

### Substitute Assets Provision

If by any act or omission of the defendant any of the property subject to forfeiture described above:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to Title 21, United States Code, Section 853(p), to forfeiture of any other property of the defendant up to the

3

value of the above-described forfeitable property.

_____
CRAIG CARPENITO
United States Attorney

CASE NUMBER: 20-

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

TALIB BEEKS

# INFORMATION FOR
21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

**CRAIG CARPENITO**
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

LEAH GOULD
*ASSISTANT U.S. ATTORNEY*
*(973) 353-6071*

USA-48AD 8
(Ed. 1/97)